

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT AYRES DASILVA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GREAT FALLS POLICE DEPARTMENT, CITY OF GREAT FALLS, and COUNTY OF CASCADE, <br><br> Defendants. | No. CV-12-07-GF-SEH <br><br> ORDER |

United States Magistrate Judge Keith Strong entered Findings and Recommendations in this matter on March 7, 2012.[1] Plaintiff filed objections on March 13, 2012.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 6

[2] Document No. 8

ORDERED:

1. Plaintiff's Complaint[3] is DISMISSED for failure to state a claim.

2. Any appeal from this disposition will not be taken in good faith as Plaintiff's claims are frivolous. Fed. R. App. P. 24(a)(3).

3. The Clerk is directed to enter judgment accordingly.

DATED this 16th day of April, 2012.

*/s/ Sam E. Haddon*

SAM E. HADDON
United States District Judge

---

[3] Document No. 2